CJR:2007R00945

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. JFM-08-036 |
| | : | |
| v. | : | |
| | : | (Possession With Intent To |
| SHAKOOR STEVENSON | : | Distribute Narcotics, 21 |
| | : | U.S.C. §§ 841, 860; Felon |
| Defendant | : | in Possession of Ammunition, |
| | : | 18, U.S.C. §922(g)(1); |
| | : | Distribution of Cocaine base, |
| | : | and Cocaine 21 U.S.C. § 841; |
| | : | 18 U.S.C. § 2; Possessing a |
| | : | Firearm in Furtherance of a |
| | : | Drug Trafficking Crime, 18 |
| | : | U.S.C. §§ 924(c), 2; Felon in |
| | : | Possession of a Firearm, 18 |
| | : | U.S.C. §§ 922(g)(1), 2) |

...oOo...

SUPERSEDING INDICTMENT

COUNT ONE

The Grand Jury for the District of Maryland charges:

On or about August 19, 2006, in the State and District of Maryland,

SHAKOOR STEVENSON

the defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute within one thousand feet of the real property comprising a public school, to wit: Parkside High School, 5 grams or more of a quantity of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, a Schedule II controlled substance, and a quantity

of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 860

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about August 19, 2006, in the State and District of Maryland,

**SHAKOOR STEVENSON**

the defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess the following ammunition in and affecting commerce: approximately fourteen(14)rounds of Winchester 9mm ammunition.

18 U.S.C. §922(g)(1)

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about September 21, 2007, in the State and District of Maryland,

**SHAKOOR STEVENSON**

the defendant herein, did knowingly, intentionally and unlawfully distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II narcotic controlled substance; and a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

On or about September 21, 2007, in the State and District of Maryland,

**SHAKOOR STEVENSON**

the defendant herein, did knowingly, intentionally and unlawfully possess a firearm, to wit: one loaded .45 caliber Glock semiautomatic pistol, serial number GUE675, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Distribution of Narcotics as set forth in Count Three of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT FIVE

The Grand Jury for the District of Maryland further charges that:

On or about September 21, 2007, in the State and District of Maryland,

**SHAKOOR STEVENSON**

the defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess the following firearm in and affecting commerce: one loaded .45 caliber Glock semiautomatic pistol, serial number GUE675.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

SIGNATURE REDACTED

Foreperson

March 9, 2010
Date

_____
Rod J. Rosenstein
United States Attorney